# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154437(99)

BRUCE MILLAR,
      Plaintiff-Appellant,

v

CONSTRUCTION CODE AUTHORITY, ELBA
TOWNSHIP, and CITY OF IMLAY CITY,
      Defendants-Appellees.

SC: 154437
COA: 326544
Lapeer CC: 14-047734-CZ

_____/

      On order of the Court, the motion for review of taxation of costs pursuant to MCR 7.319 and MCR 7.219(E) is considered, and it is DENIED.



s0625

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk